**Order entered October 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00738-CV

### IN THE INTEREST OF S.V., S.V., AND S.V., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56356-2016**

## ORDER

We **REINSTATE** this appeal.

By order dated August 10, 2018, the Court granted the parties' motion to abate the appeal to allow the trial court to sign an amended decree of divorce pursuant to their agreement. On October 10, 2018, the Court received a supplemental clerk's record containing the Amended Final Decree of Divorce. In light of this filing, appellant shall file, by October 29, 2018, either a motion to dismiss the appeal or a letter explaining why we should not dismiss the appeal as moot. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) (case becomes moot and court loses jurisdiction if controversy between parties ceases to exist); Tex. R. App. P. 42.3(a).

/s/    ADA BROWN
       JUSTICE